UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-20859-CIV-MORENO

ALEXANDER GUTIERREZ,

      Plaintiff,

vs.

ANDREW SAUL, Commissioner of Social
Security Administration,

      Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Summary Judgment **(D.E. 17)**, filed on **November 17, 2019** and Defendant's Motion for Summary Judgment **(D.E. 21)** filed on **January 27, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 23)** on **July 7, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Court notes that no objections have been filed as to the Magistrate Judge's Report and Recommendation and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Summary Judgment is GRANTED in part and Defendant's Motion for Summary Judgment is DENIED. The decision of the Administrative Law Judge is REVERSED and REMANDED with instructions to accord proper weight to Dr. Canosa's

testimony.

      DONE AND ORDERED in Chambers at Miami, Florida, this 24th of July 2020.

*Federico A. Moreno*

_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record